# BILL OF COSTS

## TEXAS COURT OF APPEALS, SIXTH DISTRICT, AT TEXARKANA

No. 06-13-00027-CV

### William R. and Susan M. Knoderer

**v.**

### State Farm Lloyds, Penni Perkins and Tom Roberts

(No. 74,037 IN 354TH DISTRICT COURT OF HUNT COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | RUSSELL JOSEPH BOWMAN |
| MOTION FEE | $15.00 | E-PAID | BEVERLY  TOWNSLEY |
| MOTION FEE | $10.00 | E-PAID | BEVERLY  TOWNSLEY |
| MOTION FEE | $10.00 | E-PAID | SUSAN G GARAY |
| MOTION FEE | $10.00 | E-PAID | RUSSELL JOSEPH BOWMAN |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | RUSSELL J BOWMAN |
| MOTION FEE | $10.00 | PAID | LAW OFFICE OF RUSSELL J. BOWMAN |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | JOSEPH SPENCE |
| MOTION FEE | $10.00 | E-PAID | JOSEPH SPENCE |
| REQUIRED TEXAS.GOV EFILING FEE | $5.00 | E-PAID | JOSEPH SPENCE |
| MOTION FEE | $10.00 | PAID | RUSSELL J. BOWMAN |
| CLERK'S RECORD | $8,385.00 | PAID | RUSSELL J. BOWMAN |
| REPORTER'S RECORD | $4,414.50 | PAID | RUSSELL J. BOWMAN |
| INDIGENCY FEE | $25.00 | PAID | RUSSELL J. BOWMAN |
| FILING | $100.00 | PAID | RUSSELL J. BOWMAN |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | PAID | RUSSELL J. BOWMAN |

**Balance of costs owing to the Sixth Court of Appeals, Texarkana, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **DEBRA AUTREY, CLERK** OF THE SIXTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE SIXTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Sixth District of Texas, this December 30, 2014.

**DEBRA AUTREY, CLERK**

By _____
Deputy